JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC M. GROSSMAN; RUSSELL W. HAUCK,<br><br>PLAINTIFF(S)<br>v.<br>CITY OF GLENDALE; DAVE AHERN; GEORGE CHAPJIAN,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV 11-06282-MMM(JCGx)<br><br><br>**JUDGMENT ON THE VERDICT<br>FOR DEFENDANT(S)** |

    This action having been tried before the Court sitting with a jury, the Honorable  Margaret M. Morrw  , District Judge, presiding; the issues having been duly tried and the jury having duly rendered its verdict.

    IT IS ORDERED AND ADJUDGED that the plaintiff(s):

Eric M. Grossman and Russell W. Hauck

take nothing; that the action be dismissed on the merits; and that the defendant(s):

recover of the plaintiff(s) its costs of action, taxed in the sum of _____.

                                            Clerk, U. S. District Court

Dated: 5/7/13                              By ANEL HUERTA
                                                              Deputy Clerk

At: _____

cc:    Counsel of record